# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PAKUJA CRYSTAL VANG, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:22-cv-00253-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | **)** | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2023 Memorandum of Decision and Order.

December 6, 2023

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court